COMMONWEALTH of Pennsylvania,
Respondent

v.

William Henry COSBY, Jr., Petitioner

No. 765 MAL 2016

Supreme Court of Pennsylvania.

April 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of April, 2017, the Petition for Allowance of Appeal is DENIED.